IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Lamarr P

Printed: 12/13/07

Case Number: 06 B 16936
Judge: Goldgar, A. Benjamin
Filed: 12/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 14, 2007
Confirmed: March 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,847.20 |  |
| Secured: |  | 9,961.90 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 304.39 |
| Trustee Fee: |  | 580.91 |
| Other Funds: |  | 0.00 |
| Totals: | 10,847.20 | 10,847.20 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,200.00 | 304.39 |
| 2. | Accredited Home Lenders | Secured | 9,528.00 | 7,146.00 |
| 3. | American General Finance | Secured | 14,642.98 | 1,487.92 |
| 4. | Metropolitan L Depot Fed Credit Union | Secured | 5,462.30 | 1,327.98 |
| 5. | Accredited Home Lenders | Secured | 15,688.79 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 3,342.69 | 0.00 |
| 7. | Capital One | Unsecured | 185.06 | 0.00 |
| 8. | University Pathologists PC | Unsecured | 201.82 | 0.00 |
| 9. | Metropolitan L Depot Fed Credit Union | Unsecured | 3,133.23 | 0.00 |
| 10. | American General Finance | Unsecured | 0.01 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 187.46 | 0.00 |
| 12. | Western Union | Unsecured |  | No Claim Filed |
| 13. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 14. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 15. | Western Union | Unsecured |  | No Claim Filed |
| 16. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 17. | University Pathologists PC | Unsecured |  | No Claim Filed |
|  |  |  | $ 53,572.34 | $ 10,266.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 38.82 |
| 5.4% | 542.09 |
|  | $ 580.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Lamarr P | Case Number:  06 B 16936 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/13/07 | Filed:  12/20/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

